**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2398**

NKWENTI ATANG TITA,

        Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: May 30, 2012          Decided: June 14, 2012

Before DIAZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Nkwenti Atang Tita, Petitioner Pro Se. Daniel Eric Goldman, Senior Litigation Counsel, Brianne Whelan Cohen, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nkwenti Atang Tita, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals denying relief from removal. Because Tita is an aggravated felon and raises no colorable constitutional claims or questions of law, we lack jurisdiction over his petition for review. See 8 U.S.C. § 1252(a)(2)(C), (D) (2006). Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED